UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JENNIFER FRANCE,

        Plaintiff,                              Case No. 2:20−cv−248

v.                                         Hon. Gordon J. Quist

CHIPPEWA, COUNTY OF, et al.,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Scheduling Conference
Date/Time:             May 25, 2021   11:30 AM
Magistrate Judge:   Maarten Vermaat
Place/Location:       by telephone

*Counsel will use the Court's conference line: 866−434−5269, Access Code 6087272*

                                                  MAARTEN VERMAAT
                                                  U.S. Magistrate Judge

Dated:  May 19, 2021        By:     /s/ C. A. Moore
                                            Courtroom Deputy