UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JENNIFER FRANCE,

    Plaintiff,

v.

CHIPPEWA COUNTY, et al.,

    Defendants.

_____/

CASE No. 2:20-cv-248

HON. ROBERT J. JONKER

**FINAL JUDGMENT UNDER RULE 54(b)**

In accordance with the Opinion and Order entered this day, and consistent with the Opinion and Order entered on April 22, 2021 (ECF Nos. 44, 45), Final Judgment under Rule 54(b) is entered dismissing Counts II and III of the First Amended Complaint.

Dated: August 30, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE