UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JENNIFER FRANCE,

    Plaintiff,

v.

CHIPPEWA COUNTY, et al.,

    Defendants.

_____/

CASE No. 2:20-cv-248

HON. ROBERT J. JONKER

## **ORDER**

On August 30, 2022, the Court entered an Order declining to exercise supplemental jurisdiction over the state law claims in the Second Amended Complaint and certifying Counts II and II of the First Amended Complaint for final judgment under Federal Rule of Civil Procedure 54(b). (ECF No. 216). The matter before the Court is on both sides' dispositive motions that were brought under Rule 56 before the Court's Order entered and when the now-dismissed State law claims predominated over the case. (ECF Nos. 161, 165). To clarify the remaining federal issues for decision and to streamline the case, both motions are **DISMISSED WITHOUT PREJUDICE.** The parties may submit revised dispositive motions and briefs on the remaining federal claims in the Second Amended Complaint no later than **thirty-five (35) days** from the date of this Order, which deadlines for responses and replies as provided by Rule.

    **IT IS SO ORDERED.**

Dated:   November 7, 2022         /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE