UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JENNIFER FRANCE,

    Plaintiff,                             Case No. 2:20–cv–248

v.                                        Hon. Robert J. Jonker

CHIPPEWA, COUNTY OF, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

    The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Robert J. Jonker, shall be filed with the Court by December 19, 2022.

    IT IS SO ORDERED.

Dated:  November 21, 2022                           /s/ Maarten Vermaat
                                                                    MAARTEN VERMAAT
                                                                    U.S. Magistrate Judge