UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JENNIFER FRANCE,
    Plaintiff,

                              File No. 2:20-CV-00248
                              Hon. Robert J. Jonker
                              Mag. Maarten Vermaat

v.

CHIPPEWA COUNTY; JIM MARTIN,
DON McLEAN, ROBERT SAVOIE, SCOTT
SHACKLETON and JAMES W. ROBINSON,
in their personal and official capacities,
    Defendants
_____/

| | |
|---|---|
| Sarah Riley Howard | M. Sean Fosmire |
| Erin L. Dornbos | Kitch Drutchas Wagner Valitutti & Sherbrook |
| Pinsky, Smith, Fayette & Kennedy, LLP | Attorney for Defendants |
| Attorneys for Plaintiff | 321 North Front Street |
| 146 Monroe Center St NW, Suite 805 | Marquette, MI 49855 |
| Grand Rapids, MI 49503 | (906) 228-0001 |
| (616) 451-8496 | |

## STIPULATION OF DISMISSAL

      The parties stipulate that this matter may be dismissed in its entirety, with prejudice, as to all claims made by plaintiff against all defendants.

PINSKY, SMITH, FAYETTE & KENNEDY, LLP      KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK

_____/s/__Sarah Riley Howard_____      _____/s/__M. Sean Fosmire_____
Sarah Riley Howard      M. Sean Fosmire
Attorney for Plaintiff      Attorney for Defendants

## ORDER OF DISMISSAL

Upon consideration of the stipulation, this matter is dismissed in its entirety, with prejudice, as to all claims made by plaintiff against all defendants.

Date: _____

                                        Robert J. Jonker
                                        U.S. District Judge